# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144238(59)

HAFEZ M. BAZZI,
        Plaintiff-Appellee,

v

ANNE ELIZABETH MACAULAY,
        Defendant-Appellant.
_____

SC: 144238
COA: 299239
Oakland CC: 2009-762325-DP

       On order of the Chief Justice, the joint motion for extension of the time for filing supplemental briefs is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2012

_____
Clerk